UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIRVAN DATTA,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.,<br><br>    Defendant. | Case No. 18-cv-04392-JST<br><br>**ORDER RE: DEFENDANT'S MOTION TO DISMISS**<br><br>Re: ECF No. 11 |

Defendant filed a motion to dismiss on July 26, 2018. ECF No. 9. Defendant "learned that Plaintiff did not receive the initial Notice of Motion and Motion to Dismiss despite the fact that ECF reflects electronic service upon Plaintiff's counsel," and filed an amended notice of motion and motion to dismiss on August 16, 2018. ECF No. 11 at 2. Defendant served the amended motion papers by overnight delivery and by email to Plaintiff's counsel. *Id.* at 2 n.1.

Plaintiff's opposition or statement of non-opposition was due on August 30, 2018. Civ. L.R. 7-3(a)-(b). None was filed. In response to a September 4, 2018 email from the Court's courtroom deputy, Plaintiff's counsel responded that he did not intend to file a response to Defendant's motion.

The motion seeks dismissal of the first and third causes of action with prejudice. The Court is inclined to construe Plaintiff's lack of opposition as an abandonment of these causes of action but, out of an abundance of caution, will provide a final opportunity for Plaintiff to show cause as to why these two causes of action should not be dismissed. A written response to this order is due by September 13, 2018. If Plaintiff opposes dismissal of these two causes of action, he must also show cause, by the same date, as to why he should not be sanctioned for failure to file a timely opposition brief. Defendant may file a reply by September 20, 2018.

If Plaintiff does not file any response by September 13, 2018, the Court will dismiss Plaintiff's first and third causes of action with prejudice.

**IT IS SO ORDERED.**

Dated: September 7, 2018


_____
JON S. TIGAR
United States District Judge