UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anirvan Datta

    Plaintiff(s)

v.

Anthem Blue Cross

    Defendant(s)

CASE No C 18-cv-04392-JST

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: January 15, 2019     /s/ John B. Barriage
                                   Attorney for Plaintiff

Date: January 15, 2019     /s/ Karen A. Braje
                                   Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: January 16, 2019

IT IS SO ORDERED
/s/ Judge Jon S. Tigar

*Important!* E-file this form in ECF using the appropriate event among the "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*